IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GOLDY RAYBON,

      Plaintiff,                       No. CIV S-12-1008 EFB P

     vs.

TOTTEN, et al.,

      Defendants.         ORDER

_____/

     Plaintiff is a state prisoner without counsel. He has filed a motion to proceed in forma pauperis (IFP) in an action brought under 42 U.S.C. § 1983. *See* Dckt Nos. 1 (original complaint), 2 (amended complaint, naming as defendants CDCR, Totten, Kovarik, Hardy, Soriano, and Torruella); 3 (IFP application).

     The docket reflects that prison officials metered plaintiff's mail in June 2010, but did not mail it to the court until April 2012. *Id.* Before ruling on plaintiff's application to proceed in forma pauperis and directing CDCR officials to assess funds from plaintiff's trust account for payment of the $350 filing fee, plaintiff must notify the court how he wishes to proceed with this action.

////

////

1

1      Accordingly, IT IS HEREBY ORDERED that plaintiff shall have 30 days from the date
2 of this order to submit either a statement requesting that the court screen the amended complaint
3 pursuant to 28 U.S.C. § 1915A, or a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)
4 of the Federal Rules of Civil Procedure.
5 Dated: May 7, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE