1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GOLDY RAYBON,                                   No.  2:12-cv-1008-GEB-EFB P

12                   Plaintiff,

13         v.                                         ORDER

14    TOTTEN, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 6, 2014, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations filed August 6, 2014, are adopted in full; and

28    /////

1

1    2. The motion for summary judgment filed by defendants on February 26, 2014 (ECF No.

2    34) is granted as to plaintiff's conditions of confinement claim against Totten and Hardy but

3    denied as to plaintiff's excessive force claim against Hardy.

4    Dated:  September 15, 2014

5

6

7    _____
     GARLAND E. BURRELL, JR.
     Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28