UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GOLDY RAYBON,

    Plaintiff,

  v.

TOTTEN, et al.,

    Defendants.

No. 2:12-cv-1008-GEB-EFB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Goldy Raybon, CDCR # F-44093, a necessary and material witness in a trial scheduled in this case on March 22, 2016, is confined in California State Prison Sacramento (CSP Sac), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, Jr., at the U. S. District Court, Courtroom No. 10, 13th Floor, 501 I Street, Sacramento, California 95814, on Tuesday, March 22, 2016 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSP Sac, P.O. Box 290002, Represa, CA 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Burrell at the time and place above, until completion of the trial or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  February 2, 2016.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE